UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COREY CRANDELL aka DENNIS SHARMA,

,

-against-

DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION, et al.,

Defendants.

1:19-CV-9624 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated December 13, 2019, the Court granted Plaintiff leave to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of this action; the Court would dismiss Plaintiff's federal-law claims as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief from a defendant that is immune from that relief, *see* 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii), and the Court would decline to consider Plaintiff's state-law claims, *see* 28 U.S.C. § 1367(c)(3).

Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action. The Court dismisses Plaintiff's federal-law claims as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief from a defendant that is immune from that relief, *see* § 1915(e)(2)(B)(i), (ii), (iii), and the Court declines to consider Plaintiff's state-law claims, *see* § 1367(c)(3).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: March 2, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge