UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY CRANDELL aka DENNIS SHARMA, <br><br> Plaintiff, <br><br> -against- <br><br> DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al., <br><br> Defendants. | 1:19-CV-9624 (CM) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued March 2, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's federal-law claims as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief from a defendant that is immune from that relief. 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii). The Court declines to consider Plaintiff's state-law claims. 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 2, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge